Mod AO 442 (09/13) Arrest Warrant   AUSA Name & Telno: Noah Solowiejczyk, 212-637-2473

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 26 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

United States of America
v.
Emanuel Richardson, a/k/a "Book"

    Defendant

Case No. 17-08704MJ

17 MAG 7119

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emanuel Richardson, a/k/a "Book",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit Bribery)
18 U.S.C. § 666 (Solicitation of Bribes & Gratuities by An Agent of a Federally Funded Organization)
18 U.S.C. §§ 1343, 1346, & 2 (Honest Services Wire Fraud)
18 U.S.C. § 1349 (Conspiracy to Commit Honest Services Fraud)
18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)
18 U.S.C. § 371 (Travel Act Conspiracy)

Date:   09/25/2017

*Issuing officer's signature*

City and state:   New York, New York       Hon. James L. Cott, United States Magistrate Judge
                                           *Printed name and title*

### Return

This warrant was received on *(date)* 9-25-2017, and the person was arrested on *(date)* 09-26-17
at *(city and state)* Tucson, Arizona.

Date: 09-26-2017

*Arresting officer's signature*

SA Joseph Downs  FBI
*Printed name and title*